IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER D. PEARSON,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 12-5076** |
| | : | |
| **PRIME CARE MEDICAL, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19* day of September, 2013, upon careful and independent consideration of the complaint, the defendant's motion to dismiss (Document #11), the plaintiff's "motion to dismiss summary judgment" (Document #15), and the defendant's response thereto (Document #16), and after review of the thorough and well-reasoned Report and Recommendation of U.S. Magistrate Judge Linda K. Caracappa, IT IS HEREBY ORDERED that:

1. There being no objections, the Report and Recommendation is APPROVED and ADOPTED.

2. The defendant's motion to dismiss is GRANTED in its entirety.

3. The plaintiff's "motion to dismiss summary judgment" is DENIED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.